UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,                                       Case No. 19-cv-11936
                                                            Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 68.43.174.42,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                            s/Matthew F. Leitman
                                                           MATTHEW F. LEITMAN
                                                           UNITED STATES DISTRICT JUDGE

Dated: October 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2019, by electronic means and/or ordinary mail.

                                                            s/Holly A. Monda
                                                           Case Manager
                                                           (810) 341-9764